S. Calvin Myung, Esq. (SBN 216853)
Attorney at Law
3701 Wilshire Blvd., Suite 1040
Los Angeles, CA 90010
Tel. (213) 365-7007
Fax (213) 365-7001
scalvinmyung@sbcglobal.net

Attorneys for Defendant,
UNO CORE, INC.,
a California corporation

**NOTE: CHANGES MADE BY THE COURT**

**JS - 6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNO CORE, INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV-08-05228 JFW (JWJx)<br><br>**ORDER ON PARTIES' JOINT STIPULATION TO DISMISS THE ENTIRE ACTION**<br><br>Current Trial : August 4, 2009<br>Current PTC: July 17, 2009 |

After consideration of the parties' stipulation, and for good cause appearing, the following is hereby ORDERED:

The action is dismissed, with prejudice.

IT IS SO ORDERED:

Dated: July 15, 2009

_____
Honorable John F. Walter
U.S. District Court Judge